UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| LUV N CARE, LTD., ET AL. | CIVIL ACTION NO. 17-0240 |
| VERSUS | JUDGE ROBERT G. JAMES |
| ATZILOOSE, LLC, ET AL. | MAG. JUDGE KAREN L. HAYES |

**JUDGMENT**

Upon consideration of Plaintiffs' Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) [Doc. No. 13],

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs' claims against Defendant Atziloose, LLC, are DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs. Plaintiffs' claims against the remaining Defendant are reserved.

MONROE, LOUISIANA, this 12th day of June, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE