# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| LUV N' CARE, LTD., ET AL. | CIVIL ACTION NO. 17-0240 |
| VERSUS | JUDGE ROBERT G. JAMES |
| ATZILOOSE, LLC, ET AL. | MAG. JUDGE KAREN L. HAYES |

**JUDGMENT**

For the reasons set forth in the Court's Ruling,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion for Confirmation of Default [Doc. No. 19] filed by Plaintiffs Luv N' Care, Ltd., and Admar International, Inc., is GRANTED IN PART and DENIED IN PART. To the extent Plaintiffs move for a permanent injunction and attorneys' fees and costs, the motion is GRANTED, and judgment is entered in favor of Plaintiffs and against Defendant Bombino Express Pvt. Ltd. ("Bombino"). Bombino; its officers, agents, servants, employees, representatives, successors, and assigns; and all others acting in concert or participation with them, are hereby ENJOINED from continued infringement of Plaintiffs' trademarks and from further acts of unfair competition. Plaintiffs are further awarded reasonable attorneys' fees, costs, and expenses, to be determined. To the extent, however, that Plaintiffs seek damages, the motion is DENIED for lack of evidence.

IT IS FURTHER ORDERED that, within fourteen (14) days of the date of this Judgment, Plaintiffs shall submit a bill of costs and a motion for attorneys' fees, which shall include adequate

evidence to support the claimed fees.

MONROE, LOUISIANA, this 29th day of November, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE